176 A.3d 226

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF, v. A.S.K., AND T.T., DEFENDANTS, AND
E.M.C., DEFENDANT–MOVANT. IN THE MATTER OF THE
GUARDIANSHIP OF N.D.K., A.E.C., AND E.S.K., MINORS.

M–448 September Term 2017
079700

December 8, 2017

ORDER

It is ORDERED that the motion for leave to file an answering
brief as within time is granted.

176 A.3d 227

GIVAUDAN FRAGRANCES CORPORATION, PLAINTIFF–MOVANT,
v. AETNA CASUALTY & SURETY COMPANY A/K/A TRAVEL-
ERS CASUALTY AND SURETY COMPANY, ET AL., DEFEN-
DANTS–RESPONDENTS.

M–427 September Term 2017
080033

December 8, 2017

ORDER

It is ORDERED that the motion for leave to appeal is denied.